Opinion by DOWDELL, J.

---

## Supreme Lodge Knights of Pythias v. Taylor *et al.*

APPEAL from Anniston City Court.
Tried before the Hon. JAMES W. LAPSLEY.

J. J. WILLETT, THOMAS G. & CHARLES P. JONES, and EDWIN F. JONES, for appellants.

W. P. ACKER and KNOX, BOWIE & BLACKMON, for appellees.

This was an action brought by the appellees against the Supreme Lodge of the Knights of Pythias, upon a policy of insurance issued by the Supreme Lodge of the

Knights of Pythias in favor of the plaintiffs, upon the life of one Thomas H. Taylor.

There was a judgment for the plaintiffs, and from this judgment the defendant appeals.

The judgment is affirmed.